MARIO NICHOLAS et al., Copartners Doing Business as NICHOLAS BROS., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued May 26, 1944; decided July 19, 1944.

*Herman Mendes* for appellants.

*Ignatius M. Wilkinson, Corporation Counsel* (*Nathan J. Paulson* and *John G. Clancy* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.